# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHARON MILLS,<br><br>    Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN HEALTHCARE, INC.,<br><br>    Defendant. | **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:18-cv-00075-CW<br><br>Judge Clark Waddoups |

Based upon the stipulation and agreement of the Parties, as set forth in the Stipulated Motion to Dismiss with Prejudice,

IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendant in this action are DISMISSED WITH PREJUDICE on the merits, each party to bear its own costs, expenses, and attorneys' fees.

DATED this 26th day of September, 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Judge